C. A. GAMBRILL MANUFACTURING COMPANY, Appellant, *v.* OLD COLONY TRUST COMPANY, Respondent.

(Argued October 10, 1928; decided October 26, 1928.)

*Robert McLeod Jackson* and *H. Victor Crawford* for appellant.

*Eugene W. Leake, Samuel H. Pillsbury, Dana T. Ackerly* and *Edward A. Craighill, Jr.,* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.